IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WENDY DAWN ROYCE                                           PLAINTIFF

v.                        Case No. 2:18-CV-2032

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                             DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 18) from Chief United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 13th day of February, 2019.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE