**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**


WENDY DAWN ROYCE                                              PLAINTIFF

v.                                              Case No. 2:18-CV-2032

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                     DEFENDANT


**JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's

Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 13th day of February, 2019.



/s/ P. K. Holmes, III

P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE